# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| NORTHWARD HOMES, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN SPECIALTY<br>INSURANCE COMPANY,<br><br>        Defendant. | **C05-1321 JPD**<br><br>**MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The parties have requested an additional fifteen (15) days in which to comply with the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (dkt. #5). The request is GRANTED.

The parties will adhere to the following schedule:

| | |
|---|---|
| FRCP 26f Conference deadline | September 15, 2005 |
| Initial Disclosure deadline | September 22, 2005 |
| Joint Status Report due | September 29, 2005 |

In addition, the parties have requested additional time in which discuss consenting this matter to the full time jurisdiction of the Honorable James P. Donohue, United States Magistrate Judge. (See Notice of Initial Assignment to a U.S. Magistrate Judge & Consent Form (dkt. #4)) The request is GRANTED. Should the parties agree to consent, notice must be given to the undersigned deputy clerk no later than September 29; the parties may also notify the court of their consent in the Joint Status Report.

Dated this 31st day of August, 2005

Bruce Rifkin
Clerk of Court

/S/ PETER H. VOELKER
Peter H. Voelker, Deputy Clerk