# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| NORTHWARD HOMES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NORTH AMERICAN SPECIALTY ) <br> INSURANCE COMPANY, ) <br> ) <br> Defendant. ) | **C05-1321 JPD** <br><br> **MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The parties have requested additional time to comply with the Order Regarding Initial Disclosures, Joint Status Report and Early Settlement. This second request is GRANTED. The parties will follow the amended schedule:

FRCP 26f Conference deadline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17 October 2005

Initial Disclosure deadline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24 October 2005

Joint Status Report deadline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31 October 2005

In addition, the parties may consent or decline to the case being handled by Judge Donohue by so stating within the Joint Status Report; the parties may, of course, so indicate

1 whether they consent or not to the Clerk prior to October 31, 2005; please refer to the Notice of
2 Initial Assignment to a U.S. Magistrate Judge (dkt #4).

Dated this 15th day of September 2005.

Bruce Rifkin, Clerk of Court

/s/ PETER H. VOELKER
Peter H. Voelker, Deputy Clerk